OMAR POWELL, MR4382
SCI-FOREST
P.O. BOX 945
MARIENVILLE, PA 16239

THE HON. JUDGE ROBERT D. MARIANI, or
THE HON. JUDGE EDWIN M. KOSIK
UNITED STATES DISTRICT COURT for the
MIDDLE DISTRICT OF PENNSYLVANIA
235 NORTH WASHINTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501

FILED
SCRANTON

SEP 1 6 2019

PER _____
DEPUTY CLERK

Re: Case No. 3:02-CR-00221

I am writing to you directly to make you aware of the attempts I have made to file the enclosed "MOTION TO UNSEAL, and or MOTION TO COMPEL USA TO MOVE TO UNSEAL". I have mailed to the Office of the Clerk the enclosed on two(2) different occasions, once on June 26, 2019, and then again on July 23, 2019, I have enclosed in this correspondence a copy of the verified Cash Slips along with a copy of the Certified Mail Receipt from the second time I made an attempt. Both times I have enclosed Stamped Return Envelopes also. the reason for this correspondence is to let you know that someone is someone is running interference on my filings with your Court, and to also mail to you directly my issue.

May you please take to enclose and order the Clerk to file it on the record, return a filed copy to me, and make an Order on the Motion at your earliest. Thank you in advance and have a wonderful day.

September 10th, 2019

RESPECTFULLY,

Omar Powell

| DC-138A | COMMONWEALTH OF PENNSYLVANIA |
| --- | --- |
| **CASH SLIP** | DEPARTMENT OF CORRECTIONS |

### 1. REQUISITIONING INMATE

| DOC NUMBER | NAME (PRINT) | LOCATION | DATE |
| --- | --- | --- | --- |
| MR-4382 | O. Powell | G-B 2059 | 6/26/2019 |

### 2. ITEMS TO BE CHARGED TO MY ACCOUNT

Please deduct the amount needed for Postage.

Office of the Clerk
United States District Court
Middle District of Pennsylvania
235 N. Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Motion to Unseal / Motion to Compel USA to move to Unseal.

RECEIVED JUN 28

Inmate ID / 6/26/19
Housing Unit CO's Signature
Date

### 3. INMATE'S SIGNATURE
Omar Powell

### 4. OFFICIAL APPROVAL

### 5. BUSINESS OFFICE'S SPACE

| CHARGE ENTERED | DATE | BOOKKEEPER |
| --- | --- | --- |
| $ .30 | | |




OMAR POWELL, MR4382
SCI-FOREST
P.O. BOX 945
MARIENVILLE, PA 16239


FEDERAL BUILDING &
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108


U.S. COURTHOUSE
& FERDERAL OFFICE BUILDING
240 WEST THIRD STREET, Suitee218
WILLIAMSPORT, PA 17701

MAX ROSENN U.S. COURTHOUSE
197 SOUTH MAIN STREET, Suite 161
WILKES-BARRE, PA 18701


Re: Case No. 3:02-CR-00221


    May you please file the enclosed or forward to the proper office or Judge. Thank you in advance and have a wondeful day.


cc file: Scranton Office of the Clerk
        Harrisburg Office of the Clerk
        Williamsport Office of the Clerk
        Wilkes-Barre Office of the Clerk


September 10th, 2019                           RESPECTFULLY,

                                                                     *Omar Powell*

OMAR POWELL, MR4382
SCI - FOREST
P.O. BOX 945
MARIENVILLE, PA 16239

RECEIVED
SCRANTON
SEP 16 2019
PER _____
DEPUTY CLERK

THE HON. JUD[GE]
THE HON. JUD[GE]
UNITED STA[TES]
MIDDLE DI[STRICT]
235 NORTH
P.O. BOX 114
SCRANTON,