# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 3:02-CR-00221 |
| | : (JUDGE MARIANI) |
| DIMITRIUS SMITH, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS** _27th_ **DAY OF JULY 2020**, upon consideration of Omar Powell's "Supplement Motion for Permissive Intervention Pursuant to Fed. R. Civ. P. 24(b)(1)(A)(B)" (Doc. 514), Omar Powell's "Motion to Unseal, and or Motion to Compel USA to Move to Unseal" (Doc. 513) and the Government's responses thereto (Doc. 517), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Omar Powell's "Supplement Motion for Permissive Intervention Pursuant to Fed. R. Civ. P. 24(b)(1)(A)(B)" (Doc. 514) is **GRANTED** for the limited purpose of moving to unseal Documents 362–366 and 426–430.

2. Omar Powell's "Motion to Unseal, and or Motion to Compel USA to Move to Unseal" (Doc. 513) is **DENIED**.

3. Documents 426, 426-2, 427, 428, 428-2, 429, and 430 will be made available to Omar Powell, but will remain sealed on the docket.

4. Omar Powell's request for access to Documents 362–366 is **DENIED.**

*/s/ Robert D. Mariani*
Robert D. Mariani
United States District Judge