# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2634

USA v. Dimitrius Smith

(U.S. District Court No.: 3-02-cr-00221-001)

## ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   November 08, 2021
cc:      Mr. Omar Powell
         Francis P. Sempa, Esq.
         Mr. Peter J. Welsh, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate